# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LOUISIANA WORKERS'
COMPENSATION CORPORATION

NO. 2023 CW 0853

VERSUS

SIBLEY CONSTRUCTION
SERVICES, INC. AND KYLE
SIBLEY

**OCTOBER 11, 2023**

---

In Re:    Sibley Construction Services, Inc. and Kyle Sibley,
applying for supervisory writs, 19th Judicial District
Court, Parish of East Baton Rouge, No. 664134.

---

**BEFORE:    McCLENDON, HESTER, AND MILLER, JJ.**

**WRIT NOT CONSIDERED.** Relators failed to provide a copy of
the judge's reasons for judgment, order, or ruling (if written);
a copy of each pleading on which the judgment, order, or ruling
was founded, including the petition, the amended petition, and
Second Exception of Vagueness; a copy of any opposition and any
attachments thereto filed by a party in the trial court or a
statement by the applicant that no opposing written document was
filed; and the notice of intent and return date order in
violation of Uniform Rules of Louisiana Courts of Appeal, Rule
4-5(C) (7), (8), (9), and (11).

Supplementation of this writ application and/or an
application for rehearing will not be considered. Uniform Rules
of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relators seek to file a new application with
this court, it must contain all pertinent documentation, the
missing items noted above, and must comply with Uniform Rules of
Louisiana Courts of Appeal, Rule 2-12.2. Any new application
must be filed on or before October 26, 2023 and must contain a
copy of this ruling.

PMc
CHH
SMM

COURT OF APPEAL, FIRST CIRCUIT

_a.s.O_

---
DEPUTY CLERK OF COURT
FOR THE COURT